**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TRACY DIRT PIT, LLC,

Plaintiff,

v.

COUNTY OF SAN JOAQUIN, et al.,

Defendants.

Case No. 2:26-cv-00741-CSK

**~~[PROPOSED]~~ MODIFIED ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Having considered the Parties' Joint Stipulation and Request to Modify Pretrial Scheduling Order to Extend Discovery and Dispositive Motion Deadlines to extend the fact and expert discovery deadlines by forty-five (45) days, and to extend of the dispositive motion filing deadlines, to May 3 and May 24, 2027, respectively, and the dispositive motion hearing deadline to June 29, 2027 ("Request"), and finding good cause shown, the Court hereby ORDERS as follows:

1. The Request is **GRANTED as MODIFIED**. The Court notes that the time between the dispositive motion hearing and the final pretrial conference is a much shorter time period than is typically permitted. Though the Court approves the request to extend the non-expert discovery and initial expert disclosure deadlines, and to keep the original final pretrial conference and trial dates, the Court has modified the other requested dates for rebuttal expert disclosures, expert discovery completion, and dispositive motion-related deadlines.

2. The Pretrial Scheduling Order (ECF No. 12) is modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Due By | April 27, 2026 | No change |
| Joint Mid-Discovery and Mediation Status Statement Filed By | August 19, 2026 | No change |
| Non-Expert Discovery Completion | December 11, 2026 | January 25, 2027 |
| Expert Disclosures Due By | January 11, 2027 | February 25, 2027 |
| Rebuttal Expert Disclosures Due By | February 10, 2027 | March 18, 2027 |
| Expert Discovery Completion | March 12, 2027 | April 8, 2027 |
| If cross-motions for summary judgment, Plaintiff's Summary Judgment Motion Filed By | March 23, 2027 | April 20, 2027 |
| If no cross-motions for summary judgment, Dispositive Motions Filed By | April 13, 2027 | May 11, 2027 |
| Dispositive Motions Heard By | May 18, 2027 | June 15, 2027 at 10:00 a.m., Courtroom 25 |
| Joint Pretrial Statement Filed By | 21 days before the FPTC (close of business) | No change |
| Motions In Limine, Trial Briefs, Voir Dire, Jury Instructions & Verdict Forms Filed By | 14 days before the FPTC (close of business) | No change |
| Oppositions to Motions in Limine Filed By | 7 days before the FPTC (close of business) | No change |
| Final Pretrial Conference and Motions In Limine Hearing | August 16, 2027 at 10:00 a.m., Courtroom 25 | No change |
| Jury Trial (5 days) | September 27, 2027 to October 1, 2027 at 9:30 a.m., Courtroom 25 | No change |

3. Except as expressly modified herein, all other provisions of the Pretrial Scheduling Order (ECF No. 12) shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Chi Soo Kim

HONORABLE CHI SOO KIM
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

8, trac.0741.26